ACCEPTED
06-14-00104-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/7/2015 10:05:23 AM
DEBBIE AUTREY
CLERK

# 06-14-00104-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/7/2015 10:05:23 AM
DEBBIE AUTREY
Clerk

## IN THE SIXTH COURT OF APPEALS
## TEXARKANA, TEXAS

### REEF R. GILLUM, D.O., ET AL.,

### APPELLANTS,

### V.

### GREG A. GILLUM,

### APPELLEE.

## Motion to Dismiss Appeal

To the Honorable Sixth Court of Appeals:

In accordance with Texas Rule of Appellate Procedure 42.1(a)(1), Appellants, through their undersigned counsel, request that the Court dismiss their appeal with costs taxed to the party or parties incurring same.

Respectfully submitted,

/s/ *Robert B. Gilbreath*

Robert B. Gilbreath
Texas State Bar No. 07904620

Matthew C. Sapp
Texas State Bar No. 24063563

HAWKINS PARNELL
 THACKSTON & YOUNG, LLP

Highland Park Place
4514 Cole Avenue, Suite 500
Dallas, Texas 75205
Telephone: (214) 780-5100
Facsimile: (214) 780-5200

COUNSEL FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

I spoke with Jim Bullock, counsel for Greg Gillum, regarding this motion. He was unable to reach his client regarding this motion before the time of filing.

/s/ Matthew C. Sapp
Matthew C. Sapp

## CERTIFICATE OF SERVICE

On April 7, 2015, a true and correct copy of this notice was sent via e-mail and certified mail to the following counsel of record:

**Jim E. Bullock, Esq.**
Beard and Harris, PC
100 Independence Place, Suite 101
Tyler, Texas 75703
*jim@beardandharris.com*

/s/ Matthew C. Sapp
Matthew C. Sapp